1
2
3
4
5                    IN THE UNITED STATES BANKRUPTCY COURT
6                          FOR THE DISTRICT OF ARIZONA
7

8                                          |  Chapter 11
9    PRODUCTS INTERNATIONAL               |  Case No. 08-1454
     COMPANY,
10                                        |
11                              Debtor.    |  **ORDER INCORPORATING**
                                          |  **MEMORANDUM DECISION**
12

13          Based upon this Court's Memorandum Decision dated September 2, 2008, which is

14   incorporated herein by reference:

15          IT IS ORDERED denying the Debtor's Motion to Dismiss.

16          IT IS FURTHER ORDERED granting Ferring's Cross Motion requesting the

17   appointment of a Chapter 11 Trustee.

18          IT IS FURTHER ORDERED directing the United States Trustee to immediately,

19   after consulting with all interested parties, appoint an appropriate Chapter 11 Trustee to manage

20   the Debtor's operations.

21

22          DATED this 2nd day of September, 2008.

23                              _Smh/hauenWley_

24                              Honorable Sarah Sharer Curley
25                              U. S. Bankruptcy Judge

26

27

28                                          1